

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

NICHOLAS RUSSO,
     Plaintiff

              :     CIVIL ACTION NO.

v.             :     3-97-cv-2380 (JCH)
             :     3-00-cv-1794 (JCH)

CITY OF HARTFORD, et al.
     Defendants.

## VERDICT FORM

**I.    Claims Under 42 U.S.C. § 1983 ("Section 1983")**

    **A.    Individual Police Defendants**

1.    Has Nicholas Russo proven his Section 1983 claim based on First Amendment retaliation by:

    (a)    Joseph Croughwell?
         Yes____✓____      No_____

    (b)    Jeffrey Flaherty?
         Yes_____      No____✓____

    (c)    David Kenary?
         Yes____✓____      No_____

    (d)    Christopher Lyons?
         Yes_____      No____✓____

    (e)    Robert Lawlor?
         Yes_____      No____✓____

If you answered "yes" to any of Questions 1(a), (b), (c), (d), or (e), proceed to Question 2.

If you answered "no" to all of Questions 1(a), (b), (c), (d), and (e), please proceed to Section II of this form.

2.  Answer question 2 only if you answered "yes" to any of Questions 1(a), (b), (c), (d), or (e).

    (a)  What amount of damages has Nicholas Russo proven was proximately caused by Joseph Croughwell's First Amendment retaliation against him?  (Answer only if you answered "yes" to Question 1(a).)
$ _____ 22,500 _____

    (b)  What amount of damages has Nicholas Russo proven was proximately caused by Jeffrey Flaherty's First Amendment retaliation against him? (Answer only if you answered "yes" to Question 1(b).)
$ _____

    (c)  What amount of damages has Nicholas Russo proven was proximately caused by David Kenary's First Amendment retaliation against him?  (Answer only if you answered "yes" to Question 1(c).)
$ _____ 22,500 _____

    (d)  What amount of damages has Nicholas Russo proven was proximately caused by Christopher Lyons' First Amendment retaliation against him? (Answer only if you answered "yes" to Question 1(d).)
$ _____

    (e)  What amount of damages has Nicholas Russo proven was proximately caused by Robert Lawlor's First Amendment retaliation against him? (Answer only if you answered "yes" to Question 1(e).)
$ _____

Please proceed to Question 3.

3.     Has Nicholas Russo proven that a defendant acted willfully, maliciously, or with reckless disregard in that defendant's treatment of Mr. Russo:

      (a)    as to Joseph Croughwell?  (Answer only if you answered "yes" to Question 1(a).)
             Yes____✓____             No_____

      (b)    as to Jeffrey Flaherty? (Answer only if you answered "yes" to Question 1(b).)
             Yes_____             No____✓____

      (c)    as to David Kenary?  (Answer only if you answered "yes" to Question 1(c).)
             Yes____✓____             No_____

      (d)    as to Christopher Lyons? (Answer only if you answered "yes" to Question 1(d).)
             Yes_____             No____✓____

      (e)    as to Robert Lawlor? (Answer only if you answered "yes" to Question 1(e).)
             Yes_____             No____✓____

Please proceed to Section B.


**B.     Municipal Liability**

4.     Has Mr. Russo proven his Section 1983 failure to train claim against the City of Hartford?
             Yes_____✓_____   No_____

If you answered "yes" to Question 4, proceed to Question 5.

If you answered "no" to Question 4, skip to Question 6.

5.     What amount of damages has Mr. Russo proven was proximately caused by such failure to train?

             $ *350,000*

Please proceed to Section C.

## C.    Punitive Damage Award

6(a).    Answer Question 6(a) only if you have answered "Yes" to Question 3(a).
If you found Joseph Croughwell liable for punitive damages on Nicholas Russo's section 1983 claim, what, if any, do you determine in your discretion to award to Nicholas Russo as punitive damages against him?

$ __75,000__

6(b).    Answer Question 6(b) only if you have answered "Yes" to Question 3(b).
If you found Jeffrey Flaherty liable for punitive damages on Nicholas Russo's section 1983 claim, what, if any, do you determine in your discretion to award to Nicholas Russo as punitive damages against him?

$ _____

6(c).    Answer Question 6(c) only if you have answered "Yes" to Question 3(c).
If you found David Kenary liable for punitive damages on Nicholas Russo's section 1983 claim, what, if any, do you determine in your discretion to award to Nicholas Russo as punitive damages against him?

$ __100,000__

6(d).    Answer Question 6(d) only if you have answered "Yes" to Question 3(d).
If you found Christopher Lyons liable for punitive damages on Nicholas Russo's section 1983 claim, what, if any, do you determine in your discretion to award to Nicholas Russo as punitive damages against him?

$ _____

6(e).    Answer Question 6(e) only if you have answered "Yes" to Question 3(e).
If you found Robert Lawlor liable for punitive damages on Nicholas Russo's section 1983 claim, what, if any, do you determine in your discretion to award to Nicholas Russo as punitive damages against him?

$ _____

Please proceed to Section D.

### D.    Total Compensatory Damages Award

If you answered two or more of Questions 2(a), 2(b), 2(c), 2(d), 2(e), and 5, then you must answer the following Questions 7-11, as indicated.

7.    (Answer a subpart of the following question only if you answered both Question 5 and the question listed in the column "Question" in that subpart of Question 7.)

Were compensatory damages awarded in Question 5 duplicative of the compensatory damages awarded in:

|  | Question | No | Yes in whole | Yes in part ($ part) |
|---|---|---|---|---|
| i. | 2(a) | ✓ | _____ | $_____ |
| ii. | 2(b) | _____ | _____ | $_____ |
| iii. | 2(c) | ✓ | _____ | $_____ |
| iv. | 2(d) | _____ | _____ | $_____ |
| v. | 2(e) | _____ | _____ | $_____ |

8.    (Answer a subpart of the following question only if you answered both Question 2(e) and the question listed in the column "Question" in that subpart of Question 8.)

Were compensatory damages awarded in Question 2(e) duplicative of the compensatory damages awarded in:

|  | Question | No | Yes in whole | Yes in part ($ part) |
|---|---|---|---|---|
| i. | 2(a) | ✓ | _____ | $_____ |
| ii. | 2(b) | _____ | _____ | $_____ |
| iii. | 2(c) | ✓ | _____ | $_____ |
| iv. | 2(d) | _____ | _____ | $_____ |

9.    (Answer a subpart of the following question only if you answered both Question 2(d) and the question listed in the column "Question" in that subpart of Question 9.)

Were compensatory damages awarded in Question 2(d) duplicative of the compensatory damages awarded in:

|      | Question | No | Yes in whole | Yes in part ($ part) |
|------|----------|-----|-------------|---------------------|
| i.   | 2(a)     | ✓   | ___         | $___                |
| ii.  | 2(b)     | ___ | ___         | $___                |
| iii. | 2(c)     | ✓   | ___         | $___                |

10.   (Answer a subpart of the following question only if you answered both Question 2(c) and the question listed in the column "Question" in that subpart of Question 10.)

Were compensatory damages awarded in Question 2(c) duplicative of the compensatory damages awarded in:

|     | Question | No | Yes in whole | Yes in part ($ part) |
|-----|----------|-----|-------------|---------------------|
| i.  | 2(a)     | ✓   | ___         | $___                |
| ii. | 2(b)     | ___ | ___         | $___                |

11.   (Answer the following question only if you answered both Question 2(a) and Question 2(b)).

Were compensatory damages awarded in Question 2(b) duplicative of the compensatory damages awarded in Question 2(a)?

| No | Yes in whole | Yes in part ($ part) |
|-----|-------------|---------------------|
| ___ | ___         | $___                |

Please proceed to Part II.

-6-

## II.    CONCLUSION

You have now completed the verdict form.  Please have your foreperson date and sign this verdict form.

___3/16/05___
Date

Jury Foreperson